**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUILLERMINA GONZALEZ DE JIMENEZ, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 06-73100 <br><br> Agency No. A079-519-905 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2012**

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

Guillermina Gonzalez de Jimenez, a native and citizen of Mexico, petitions

pro se for review of the decision of the Board of Immigration Appeals denying her

fourth motion to reopen removal proceedings.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

In her opening brief, Gonzalez de Jimenez contends that she is eligible for cancellation of removal.

By not raising any arguments concerning the BIA's dispositive determination that her fourth motion to reopen was numerically-barred, Gonzalez de Jimenez has waived any challenge to that decision. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED**.